

Judicial Links | eFiling | Help | Contact Us | Print        GrantedPublicAccess  Logoff JNFOSTER54

**1811-CC01192 - KIM CARPENTER V AMERISTAR CASINO ST CHARLES ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

---

**02/26/2019**  ☐ **Agent Served**

Document ID - 19-SMCC-310; Served To - PNK (RIVER CITY), LLC; Server - HEFELE, JOHN; Served Date - 20-FEB-19; Served Time - 08:57:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Bonnie Love, Intake Specialist

☐ **Agent Served**

Document ID - 19-SMCC-309; Served To - PENN NATIONAL GAMING, LLC; Server - HEFELE, JOHN; Served Date - 20-FEB-19; Served Time - 08:57:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Bonnie Love, Intake Specialist

☐ **Agent Served**

Document ID - 19-SMCC-311; Served To - PINNACLE ENTERTAINMENT, INC; Server - HEFELE, JOHN; Served Date - 20-FEB-19; Served Time - 08:57:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Bonnie Love, Intake Specialist

☐ **Notice of Service**

PNK River City, LLC Alias Summons Returned Executed; Electronic Filing Certificate of Service.
   **Filed By:** JOSHUA MICHAEL PIERSON
   **On Behalf Of:** KIM CARPENTER

☐ **Notice of Service**

Penn National Gaming, LLC Alias Summons Returned Executed; Electronic Filing Certificate of Service.
   **Filed By:** JOSHUA MICHAEL PIERSON

☐ **Notice of Service**

Pinnacle Entertainment Alias Summons Returned Executed; Electronic Filing Certificate of Service.
   **Filed By:** JOSHUA MICHAEL PIERSON

**02/25/2019**  ☐ **Agent Served**

Document ID - 19-SMCC-306; Served To - AMERISTAR CASINO ST. CHARLES, LLC; Server - WATERS, STEPHEN; Served Date - 19-FEB-19; Served Time - 09:37:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Shelly Lewis, Corporate Rep

☐ **Agent Served**

Document ID - 19-SMCC-308; Served To - BOYD TCIV, LLC; Server - WATERS, STEPHEN; Served Date - 19-FEB-19; Served Time - 09:37:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Shelly Lewis, Corporate Rep

☐ **Agent Served**

Document ID - 19-SMCC-307; Served To - BOYD GAMING CORPORATION; Server - WATERS, STEPHEN; Served Date - 19-FEB-19; Served Time - 09:37:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served Shelly Lewis, Corporate Rep

☐ **Notice of Service**

Exhibit 1

Ameristar Summons Returned Executed Upon Shelly Lewis Corporate Rep; Electronic Filing Certificate of Service.
  **Filed By:** JOSHUA MICHAEL PIERSON
  **On Behalf Of:** KIM CARPENTER

☐ **Notice of Service**

Boyd TCIV Summons Returned Executed Upon Shelly Lewis Corporate Rep; Electronic Filing Certificate of Service.
  **Filed By:** JOSHUA MICHAEL PIERSON

☐ **Notice of Service**

Boyd Gaming Summons Returned Executed Upon Shelly Lewis Corporate Rep; Electronic Filing Certificate of Service.
  **Filed By:** JOSHUA MICHAEL PIERSON

**02/14/2019** ☐ **Alias Summons Issued**

Document ID: 19-SMCC-311, for PINNACLE ENTERTAINMENT, INC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Issued**

Document ID: 19-SMCC-310, for PNK (RIVER CITY), LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Issued**

Document ID: 19-SMCC-309, for PENN NATIONAL GAMING, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Issued**

Document ID: 19-SMCC-308, for BOYD TCIV, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Issued**

Document ID: 19-SMCC-307, for BOYD GAMING CORPORATION. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Issued**

Document ID: 19-SMCC-306, for AMERISTAR CASINO ST. CHARLES, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Return Service - Other**

Document ID - 18-SMCC-2043; Served To - BOYD TCIV, LLC; Server - ; Served Date - 14-FEB-19; Served Time - 00:00:00; Service Type - Other; Reason Description - Recalled for Re-Issuance; Service Text - Summons recalled for re-issuance, per attorney's request.

☐ **Return Service - Other**

Document ID - 18-SMCC-2042; Served To - BOYD GAMING CORPORATION; Server - ; Served Date - 14-FEB-19; Served Time - 00:00:00; Service Type - Other; Reason Description - Recalled for Re-Issuance; Service Text - Summons recalled for re-issuance, per attorney's request.

☐ **Return Service - Other**

Document ID - 18-SMCC-2041; Served To - AMERISTAR CASINO ST. CHARLES, LLC; Server - ; Served Date - 14-FEB-19; Served Time - 00:00:00; Service Type - Other; Reason Description - Recalled for Re-Issuance; Service Text - Summons recalled for re-issuance, per attorney's request.

☐ **Alias Summons Requested**

Request for Alias Summons for Defendants; Electronic Filing Certificate of Service.
  **Filed By:** JOSHUA MICHAEL PIERSON
  **On Behalf Of:** KIM CARPENTER

**01/17/2019** ☐ **Summons Returned Non-Est**

Document ID - 18-SMCC-2044; Served To - PENN NATIONAL GAMING, LLC; Server - ; Served Date - 17-JAN-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Insufficient Service Info; Service Text - Non-est, insufficient address.

|  | **Summons Returned Non-Est** |
|---|---|

Document ID - 18-SMCC-2046; Served To - PINNACLE ENTERTAINMENT, INC; Server - ; Served Date - 17-JAN-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Insufficient Service Info; Service Text - Non-est, insufficient address.

**Summons Returned Non-Est**

Document ID - 18-SMCC-2045; Served To - PNK (RIVER CITY), LLC; Server - ; Served Date - 17-JAN-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Insufficient Service Info; Service Text - Non-est, insufficient address.

**Notice of Service**

Summons Returned Non est for Penn National Gaming LLC; Electronic Filing Certificate of Service.

**Notice of Service**

Summons Returned Non est for Pinnacle Entertainment Inc; Electronic Filing Certificate of Service.

**Notice of Service**

Summons Returned Non est for PNK LLC; Electronic Filing Certificate of Service.

12/27/2018  **Summons Issued-Circuit**

Document ID: 18-SMCC-2046, for PINNACLE ENTERTAINMENT, INC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

**Summons Issued-Circuit**

Document ID: 18-SMCC-2045, for PNK (RIVER CITY), LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

**Summons Issued-Circuit**

Document ID: 18-SMCC-2044, for PENN NATIONAL GAMING, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

**Summons Issued-Circuit**

Document ID: 18-SMCC-2043, for BOYD TCIV, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

**Summons Issued-Circuit**

Document ID: 18-SMCC-2042, for BOYD GAMING CORPORATION. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

**Summons Issued-Circuit**

Document ID: 18-SMCC-2041, for AMERISTAR CASINO ST. CHARLES, LLC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. CLM

12/20/2018  **Entry of Appearance Filed**

Ferne P Wolf Entry of Appearance ON BEHALF OF PLAINTIFF
    **Filed By:** FERNE PAULA WOLF
    **On Behalf Of:** KIM CARPENTER

**Entry of Appearance Filed**

Jill A Silverstein Entry of Appearance ON BEHALF OF PLAINTIFF
    **Filed By:** JILL A SILVERSTEIN
    **On Behalf Of:** KIM CARPENTER

**Filing Info Sheet eFiling**
    **Filed By:** JOSHUA MICHAEL PIERSON

**Entry of Appearance Filed**

Joshua M Pierson Entry of Appearance NO BEHALF OF PLAINTIFF
    **Filed By:** JOSHUA MICHAEL PIERSON
    **On Behalf Of:** KIM CARPENTER

**Pet Filed in Circuit Ct**

Petition; Exhibit 1; Exhibit 2.

☐ **Judge Assigned**

1811-CC01192

Electronically Filed - St Charles Circuit Div - December 20, 2018 - 10:50 AM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | |
|---|---|
| Kim Carpenter, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: ) **JURY TRIAL DEMANDED** |
| Ameristar Casino St. Charles, LLC, Boyd Gaming Corporation, Boyd TCIV, LLC, Penn National Gaming, Inc. PNK (River City), LLC, and Pinnacle Entertainment, Inc., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PETITION

1. Plaintiff brings this case under the Missouri Human Rights Act, RSMO 213.010, *et seq.*, and under Missouri's Workers' Compensation Act, RSMo 287.780.

### Jurisdiction, Venue, and the Parties

2. The amount in controversy exceeds $25,000.

3. Plaintiff is a Missouri citizen, residing and physically present in Missouri and possessing an indefinite intention to remain.

4. Ameristar Casino St. Charles, LLC ("Ameristar") and PNK (River City), LLC ("River City") are Missouri corporations, incorporated in Missouri and with their principal place of business in Missouri.

5. Boyd Gaming Corporation ("Boyd Gaming"), Boyd TCIV, LLC ("Boyd TCIV"), Penn National Gaming, Inc. ("Penn"), and Pinnacle Entertainment, Inc. ("Pinnacle") are foreign corporations authorized to do business in Missouri.

6. Ameristar, Pinnacle, and River City employed plaintiff and are "employers" within the meaning of chapters 213 and 287.

7. Boyd Gaming, Boyd TCIV, and Penn are "employers" within the meaning of chapters 213 and 287 and may be successors to Pinnacle's liabilities, including any liabilities arising out of plaintiff's claims.

8. The acts of discrimination were committed in St. Charles County, and plaintiff was damaged in St. Charles County.

## Administrative Posture

9. On March 18, 2018 plaintiff filed a Charge of Discrimination with the Missouri Commission on Human Rights. The Charge is attached as Exhibit 1 and plaintiff incorporates it herein.

10. The Commission issued plaintiff a notice of right to sue on November 20, 2018. The notice of right to sue is attached as Exhibit 2.

11. Plaintiff files suit within ninety days of the date of her right to sue notice.

12. Plaintiff exhausted all administrative prerequisites to suit.

## Common Allegations

13. Plaintiff is a woman.

14. Defendants treat male employees better than female employees, tolerating behavior not tolerated in women and cultivating a sexist social atmosphere to the benefit of men.

15. Plaintiff worked for defendant since 2007 and was defendant's Director of Sales at the time her employment ended.

16. On March 1, 2018, defendants gave plaintiff a positive performance review.
17. On March 9, 2018, defendants gave plaintiff a substantial bonus due to her job performance.
18. On April 5, 2018, plaintiff complained to Jan Carpineto, one of her supervisors that:
    A. Ward Shaw, Ameristar's General Manager and another of plaintiff's supervisors, became angry with plaintiff for booking a nightclub event. Shaw was upset because the event involved primarily black people, and Shaw told plaintiff he never wanted plaintiff to book a nightclub event for all black people.
    B. Defendants have a sexist culture and that many of plaintiff's coworkers felt similarly.
    C. Plaintiff previously complained of sexual harassment and nothing had been done, despite plaintiff's repeated follow-up inquiries.
19. On April 5, 2018, plaintiff spoke to the risk manager at River City regarding a workers' compensation claim for herself.
20. Defendant's risk manager scheduled a doctor's appointment for plaintiff on April 6, 2018.
21. Plaintiff had her doctors' appointment on the morning of April 6th.
22. In the afternoon on April 6, 2018, defendants fired plaintiff telling her she was not a "good cultural fit."

23. Defendants never criticized or disciplined plaintiff for being a poor "cultural fit" prior to April 6, 2018.

## Count I—MHRA Retaliation

24. Plaintiff incorporates Paragraphs 1 through 23 as though set forth here.
25. Defendants fired plaintiff because she complained of sex and race discrimination.
26. Defendants' conduct directly caused damage to plaintiff.
27. Defendants acted with evil motive and in reckless indifference to the rights of others.

WHEREFORE, plaintiff prays the Court enter its Order, Judgment, and Decree awarding her reinstatement, or equitable front pay in lieu thereof; lost income and benefits; compensatory damages; punitive damages; reasonable attorneys' fees and costs; and such other relief as the Court deems just.

## Count II—Sex Discrimination

28. Plaintiff incorporated Paragraphs 1 through 23 as though set forth here.
29. Defendant fired plaintiff because she is a woman.
30. Defendants' conduct directly caused damage to plaintiff.
31. Defendants acted with evil motive and in reckless indifference to the rights of others.

WHEREFORE, plaintiff prays the Court enter its Order, Judgment, and Decree awarding her reinstatement, or equitable front pay in lieu thereof; lost income and

Electronically Filed - St Charles Circuit Div - December 20, 2018 - 10:50 AM

benefits; compensatory damages; punitive damages; reasonable attorneys' fees and costs; and such other relief as the Court deems just.

### Count III—Workers' Compensation Retaliation

32. Plaintiff incorporated Paragraphs 1 through 23 as though set forth here.

33. Plaintiff was employed by defendants.

34. Plaintiff exercised rights under Missouri's Workers' Compensation Act.

35. Defendants discharged plaintiff.

36. Plaintiff's exercise of rights under Missouri's Workers' Compensation Act actually played a role in and had a determinative influence on plaintiff's discharge.

37. Defendants' discharge of plaintiff directly caused damage to plaintiff.

WHEREFORE, plaintiff prays the Court enter its Order, Judgment, and Decree awarding her reinstatement, or equitable front pay in lieu thereof; lost income and benefits; compensatory damages; punitive damages; and such other relief as the Court deems just.

/s/ Joshua M. Pierson
SOWERS & WOLF, LLC
Joshua M. Pierson, 65105
jp@sowerswolf.com
530 Maryville Centre Dr., Suite 460
St. Louis, Missouri 63141
Phone:      (314) 744-4010
Facsimile:  (314) 744-4026

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 1811-CC01192<br>560-2018-02127 |

MISSOURI COMMISSION ON HUMAN RIGHTS and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Kim Carpenter

**HOME TELEPHONE** (Include Area Code): [redacted]

**STREET ADDRESS**: [redacted]

**CITY, STATE AND ZIP CODE**: [redacted]

**DATE OF BIRTH**: [redacted]

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Pinnacle Entertainment, Inc.
**NUMBER OF EMPLOYEES, MEMBERS**: 500+
**TELEPHONE** (Include Area Code): (702) 541-7777

**STREET ADDRESS**: Registered Agent: CT Corporation System, 120 S. Clayton Ave., Clayton, MO 63105
**COUNTY**: St. Louis

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL): April 6, 2018
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

Additional respondent:
- Ameristar Casino St. Charles, LLC, One Ameristar Blvd., St. Charles, MO 63301 (636) 940-4300.
- PNK (River City), LLC, Registered Agent: CT Corporation System, 120 S. Central Ave., Clayton, MO 63105.

I worked for Respondents in Missouri since January 2007. I was a Director of Sales when Respondents terminated my employment. I received positive performance reviews throughout my employment, including one on March 1, 2018. I also received a substantial performance bonus on March 9, 2018.

On April 5, 2018, I complained to my direct supervisor, Jan Carpineto, of multiple instances of race and sex discrimination. I told Carpineto of an instance when the Ameristar Casino's Vice President and General Manager, Ward Shaw, became angry with me because I booked a nightclub event for a primarily black audience. Shaw told me he never wanted me to book the nightclub for a group of all black people. I also told Carpineto that Respondents had a sexist culture and that many of the female directors felt like they were treated differently than male directors.

The following day, April 6, 2018, Ward Shaw and Stacey Lutgen fired me, telling me I was not a "good cultural fit."

Shortly before my termination I also made a workers' compensation claim. Before arriving at work the day Respondents fired me, I saw a doctor for my injury in an appointment Respondents scheduled for me.

I believe I was fired because of my sex, in retaliation for making complaints of sex and race discrimination, and because I filed a workers' compensation claim.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)
[signature]

I declare under penalty of perjury that the foregoing is true and correct.

[signature] 5.17.18
Date    Charging Party (Signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(Day, month, and year) 17, May 2018

[Notary Seal: KATHERINE JEETER, NOTARY PUBLIC, State of Missouri, Montgomery County, Commission # 17341750, My Commission Expires February 28, 2021]

**EXHIBIT 1**

Electronically Filed - St Charles Circuit Div - December 20, 2018 - 10:50 AM

**1811-CC01192**



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | MELODY A. SMITH, ED.D. | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | ACTING COMMISSION CHAIR | EXECUTIVE DIRECTOR |

November 20, 2018

Kim Carpenter


RE:  Carpenter vs. PNK (River City,) LLC et al
     FE-5/18-28366    560-2018-02127

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period for any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of this complaint and MCHR has not completed its administrative processing.

(continued on next page)

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| 3315 W. TRUMAN BLVD.<br>P.O. BOX 1129<br>JEFFERSON CITY, MO 65102-1129<br>PHONE: 573-751-3325<br>FAX: 573-751-2905 | 111 N. 7TH STREET, SUITE 903<br>ST. LOUIS, MO 63101-2100<br>PHONE: 314-340-7590<br>FAX: 314-340-7238 | P.O. BOX 1300<br>OZARK, MO 65721-1300<br>FAX: 417-485-6024 | 1410 GENESSEE, SUITE 260<br>KANSAS CITY, MO 64102<br>FAX: 816-889-3582 | 106 ARTHUR STREET<br>SUITE D<br>SIKESTON, MO 63801-5454<br>FAX: 573-472-5321 |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)    Relay Missouri: 711
www.labor.mo.gov/mohumanrights      E-Mail: mchr@labor.mo.gov

**EXHIBIT 2**

RE:   Carpenter vs. PNK (River City,) LLC et al
FE-5/18-28366   560-2018-02127

In addition to the process described above, if any party is aggrieved by this decision of the MCHR, that party may appeal the decision by filing a petition under § 536.150 of the Revised Statutes of Missouri in state circuit court. Any such petition must be filed in the circuit court of Cole County.

Respectfully,

Alisa Warren, Ph.D.
Executive Director


PNK (River City,) LLC; Pinnacle Entertainment, Inc.
Registered Agent: CT Corporation System
120 S. Clayton Ave.
Clayton, MO 63105


Ameristar Casino St. Charles, LLC
One Ameristar Blvd.
St. Charles, MO 63301


Katie Teeter
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
*Via email*

3315 W. TRUMAN BLVD.
P.O. BOX 1129
JEFFERSON CITY, MO 65102-1129
PHONE: 573-751-3325
FAX: 573-751-2905

111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

P.O. BOX 1300
OZARK, MO 65721-1300
FAX: 417-485-6024

1410 GENESSEE, SUITE 260
KANSAS CITY, MO 64102
FAX: 816-889-3582

106 ARTHUR STREET
SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights      E-Mail: mchr@labor.mo.gov

**EXHIBIT 2**